FN 4000032465

JUN 28 2024 PM3:27
FILED-USDC-NDTX-FW


**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

M. L. Warren TTEE of

THE SOVO TRUST FOUNDATION

      **Plaintiff(s)**

**4-24CV-606-0**

CASE NUMBER:_____

RUSS HUTCHINSON CFO & oF

ALLY FINANCIAL

      **Defendant(s)**

## CIVIL COMPLAINT

1. **M. L. Warren TTEE of**

   **THE SOVO TRUST FOUNDATION**

   P.O. Box 122432

   Fort Worth, Texas 76121

   **RUSS HUTCHINSON CFO of**

   **ALLY FINANCIAL**

   2911 LAKE VISTA DR. LEWISVILLE, TEXAS 75067

2. **Jurisdictional Plea**: THE UNITED STATES DISTRICT COURT NORTHERN

   DISTRICT OF TEXAS has jurisdiction over this matter pursuant to the Counties that are

   served by **THE UNITED STATES DISTRICT COURT FORT WORTH DIVISION**:

   "*Comanche, Erath, Hood, Jack, Palo Pinto, Parker, Tarrant, and Wise*" and the primary

   place of business of the Plaintiff is **TARRANT** county.



3. **Allegation:** On MARCH 12, 2024 the **MICHAEL L. WARREN ESTATE** sent tender in the amount of **$30,000.00** to **ALLY FINANCIAL** for account # 228302872998 regarding a **2014 LAND ROVER RANGE ROVER SPORT VIN# SALWR2TFXEA375867.** On March 20, 2024 ALLY FINANCIAL processed that payment through their payment processing center and updated their online records to reflect that the payment had been received and processed. **THE MICHAEL L. WARREN ESTATE**, as the Grantor of the estate's exemption account number ending in xxxxx2098 to secure the transaction, was under the impression that the issuance of such security funded the transaction under the provisions of 12 U.S.C. 83(a)  which states "NO NATIONAL BANK SHALL MAKE ANY LOAN OR DISCOUNT ON THE SECURITY FROM IT'S OWN CAPITAL STOCK." Banks are third party merchants providing Consumers the service of access to Estate credit for a fee that is incorporated in the finance charge. The question that is presented before this court is why has **ALLY FINANCIAL** misrepresented itself as the secured party in this Consumer credit transaction when the **MICHAEL L. WARREN ESTATE** is the grantor and issuer of the security that funds the credit and service charge? The actions of **ALLY FINANCIAL** imply a mishandling of the issued security by the **MICHAEL L. WARREN ESTATE.** Why has the **MICHAEL L. WARREN ESTATE** continued to be billed and charged for the credits of the **MICHAEL L. WARREN ESTATE** as if they were the general surplus funds of **ALLY FINANCIAL?** The issuance of the **MICHAEL L. WARREN ESTATE** account number ending in xxxxx2098 funded the credit transaction that was initiated by the **MICHAEL L. WARREN ESTATE.** Can **ALLY FINANCIAL** provide evidence that they have loaned credit from their general surplus account to THE MICHAEL LAWRENCE WARREN ESTATE?

4.  Securities fraud occurs when a mishandling of issued securities takes place in a commercial transaction between a consumer and a corporate entity. It is more so highlighted as such when the entity benefits from the security issued by the Estate without the knowledge or consent of the Estate. Tax evasion has occurred because **ALLY FINANCIAL** has failed to claim their capital gains tax from public transaction securities gains. Tax fraud occurs when a bank furnishes an alternative array of documents to the **IRS** without the consent and full disclosure of the consumer and the estate for the purpose of tax credits and exemptions to monetarily benefit the bank and not the consumer and or estate. A form 211 as well as a Form 3949A has been duly filed with the **IRS** as well as a subpoena to produce documents and information pertaining to general surplus accounts and bank ledger accounts in a civil action. **ALLY FINANCIAL** has REPOSSESSED THE VEHICLE & have attempted to auction off and resale the vehicle maliciously without offering the right of redemption. Despite receiving payment in full they processed, they continue to bill the **MICHAEL L. WARREN ESTATE** and demand payment.

5.  Civil Liability and Administrative Enforcement is appropriate for those who fail to prevent breach of trust. The integrity of secured transactions coupled with the unlimited right to contract is a right not a privilege. This right is to be protected by those who have sworn an oath to integrity, accountability and transparency in trust.

6. A UCC 1 commercial lien with the Secretary of the State of Texas and the Secretary of the State of Florida  has been placed on the property described as a **BLACK 2014 LAND ROVER RANGE ROVER SPORT VIN# SALWR2TFXEA375867** to secure performance of contractual obligations from **RUSS HUTCHINSON CFO of ALLY FINANCIAL.** Complaints have also been duly filed with the **IRS**, the **SEC**, the **FTC** and the **Attorney General** Consumer complaints division to assist in resolving this matter. A **Title & right of possession claim** has also been duly recorded and filed with the **UNITED STATES DISTRICT COURT FORT WORTH DIVISION**. This adverse claim is for Administrative Enforcement under the provisions of the Consumer Credit Protection Act title 15 USC 1679(h) and is to enforce and impose Civil Liability under the provisions of title 15 USC 1679(g). The actions of  **ALLY FINANCIAL** against **THE SOVO TRUST FOUNDATION** constitutes **CONTRACT FRAUD, BREACH OF CONTRACT, AUTO DEALER FRAUD FOR PROFIT, GRAND THEFT & THEFT BY CONVERSION.**

7. I make this sworn testimony & claim to the best of my first hand knowledge under the penalty of perjury before this Court.

**Relief:** **THE SOVO TRUST FOUNDATION** seeks a judicial determination with the **U.S. District Court Northern District Fort Worth Division** that **ALLY FINANCIAL** have no right, title, lien, or interest in the property adverse to Plaintiff and that Plaintiff's title and right of possession to the property is valid and free of any such claims. Legal fees and damages assessed by the Court.

.

*M. L. W —— TTEE 6/26/2024*

**M. L. Warren TTEE**                                        **DATE**

**THE SOVO TRUST FOUNDATION**

P.O. Box 122432

Fort Worth, Texas 76121

sovoprivatization4you@gmail.com

313-878-5855

## NOTICE OF LIS PENDENS

STATE OF TEXAS

COUNTY OF TARRANT

NOTICE IS HEREBY GIVEN that Cause No: _____ styled **M. L. WARREN TTEE of THE SOVO TRUST FOUNDATION** v. **RUSS HUTCHINSON CFO of ALLY FINANCIAL** commenced in **THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF TEXAS, FORT WORTH DIVISION** on JUNE 26, 2024 and is now pending in such court.

THE ACTION INVOLVES THE TITLE, OWNERSHIP AND POSSESSION OF THE REAL PROPERTY described as:

**BLACK 2014 LAND ROVER RANGE ROVER SPORT VIN# SALWR2TFXEA375867.**

THE ACTION IS FOR DECLARATORY JUDGMENT FOR TITLE AND RIGHT OF OWNERSHIP & POSSESSION.

Any transaction involving this real property is subject to the outcome of the pending litigation.

EXECUTED ON THIS 26TH DAY OF JUNE 2024

_M. L. W_____ 6/26/2024

SOVO TRUST FOUNDATION  TRUSTEE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

M. L. Warren TTEE of

THE SOVO TRUST FOUNDATION

**Plaintiff(s)**

CASE NUMBER:_____

RUSS HUTCHINSON CFO of

ALLY FINANCIAL

**Defendant(s)**

## NOTICE OF TITLE CLAIM & RIGHT OF POSSESSION

**COMES NOW** the Plaintiff, **M. L. WARREN TTEE of THE SOVO TRUST FOUNDATION**, and for

cause of action against the Defendant(s) **RUSS HUTCHINSON CFO of ALLY FINANCIAL**, alleges

as follows:

1. **Parties:**

   1. Plaintiff, **THE SOVO TRUST FOUNDATION**, is the lawful owner of the property

      described as a **BLACK 2014 LAND ROVER RANGE ROVER SPORT VIN#**

      **SALWR2TFXEA375867.**

   2. Defendant(s), **RUSS HUTCHINSON CFO of ALLY FINANCIAL**, are individuals and

      or entities who claim right, title, lien, or interest in the real property and title.

2. **Jurisdiction and Venue:**

   1. **THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF TEXAS**

      has jurisdiction over this matter pursuant to Counties Served by the **UNITED STATES**

      **DISTRICT COURT WACO DIVISION**: *"Comanche, Erath, Hood, Jack, Palo Pinto,*

      *Parker, **Tarrant**, and Wise"* and the primary place of business of the plaintiff is

      TARRANT county.

3. **Property Description:** The property in question is described as a **BLACK 2014 LAND ROVER RANGE ROVER SPORT VIN# SALWR2TFXEA375867**

4. **Title of Plaintiff:** Plaintiff is the rightful owner of the property described as a **BLACK 2014 LAND ROVER RANGE ROVER SPORT VIN# SALWR2TFXEA375867** by virtue of agreement & purchase by payment in full sent to defendant on MARCH 12, 2024 and a title claim filed with **THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF TEXAS**.

5. **Claims of Defendants:**
   1. Defendants claim or may claim an interest in the property adverse to Plaintiff's title and right of possession.
   2. Such claims constitute a cloud on Plaintiff's title and right of possession and are without any right, and Defendants have no right, title, lien, or interest in the property or any part thereof.

6. **Relief Sought:** Plaintiff seeks a judicial determination with **U.S. District Court Northern District Fort Worth Division** that Defendants have no right, title, lien, or interest in the property adverse to Plaintiff. Plaintiff's title and right of possession to the property post haste.

**WHEREFORE, Plaintiff declares for judgment as follows:**

1. A summary judgment that Plaintiff is the rightful owner of the property described herein, and that the title and right of possession of Plaintiff is valid and free of any claims by the Defendants.

2. An order requiring Defendants to release and relinquish all claims to the property and to remove any cloud on Plaintiff's title & an order to relinquish possession of the property to THE SOVO TRUST FOUNDATION.

3. An injunction permanently enjoining Defendants and all persons claiming under them from asserting any adverse claim to Plaintiff's title and right of possession.

4. Such other and further relief as the Court deems just and proper.

**JUNE 25, 2024**

Respectfully submitted,

M. L. Warren TTEE          DATE

**THE SOVO TRUST FOUNDATION**

P.O. Box 122432

Fort Worth, Texas 76121

sovoprivatization4you@gmail.com

313-878-5855

UNITED STATES DISTRICT COURT NORTHERN  DISTRICT OF TEXAS FORT WORTH  DIVISION NOTICE OF TITLE CLAIM & RIGHT OF POSSESSION

| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | **NORTHERN DISTRICT OF TEXAS** |

**M. L. Warren TTEE of**

**THE SOVO TRUST FOUNDATION**

Plaintiff(s)

**CIVIL ACTION:**_____

**RUSS HUTCHINSON CFO of**

**ALLY FINANCIAL**

Defendant(s)

**ORDER TO SEIZE A VESSEL**

1. **The United States Marshal for the Northern District of Texas is ordered to:**

    A. **Seize the M.V. "BLACK 2014 LAND ROVER RANGE ROVER SPORT VIN# SALWR2TFXEA375867, her equipment and appearances from METRO INVESTIGATION & RECOVERY SERVICES located at 11051 PULASKI HIGHWAY WHITE MARSH, MARYLAND 21162;**

    B. **Serve a copy of the complaint and the warrant for the seizure on the person in possession of the vessel or his agent; and**

    C. **Return the warrant promptly.**

The vessel may be released from seizure without a further order of this court if (a) the United States Marshal receives written authorization from the attorney who requested the seizure that he has conferred with attorneys representing all of the parties to the litigation and they consent to the release, (b) the attorney files the consent, and (c) the court has not entered an order to the contrary.

**CLERK OF COURT**

**Dated**: _____        _____
**UNITED STATES JUDGE**

**UNITED STATES DISTRICT COURT**          **NORTHERN DISTRICT OF TEXAS**

M. L. Warren TTEE of

THE SOVO TRUST FOUNDATION

Plaintiff(s)

CIVIL ACTION:_____

RUSS HUTCHINSON CFO of

ALLY FINANCIAL

Defendant(s)

**WARRANT TO SEIZE A VESSEL**

TO: **The United States Marshal for the Northern District of Texas**

You are commanded immediately to arrest the M.V. **"BLACK 2014 LAND ROVER RANGE ROVER SPORT VIN# SALWR2TFXEA375867,** her equipment and appearances, and to serve a copy of the complaint and this warrant on the person in possession of the vessel or his agent, and promptly to return this writ.

**CLERK OF COURT**

Dated: _____          By:_____

**Deputy Clerk**

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF TEXAS FORT WORTH DIVISION WARRANT TO SEIZE A VESSEL

1 of 1

FROM: THE SOVO TRUST
On behalf of;
THE MICHAEL L. WARREN ESTATE
P.O. Box 122432
Fort Worth, Texas 76121
sovoprivatization4you@gmail.com
443-713-0639

TO: ALLY FINANCIAL EIN # 38-0572512
2911 LAKE VISTA DR
LEWISVILLE, TX 75067

APRIL 16, 2024

## AFFIDAVIT OF CLAIM AND COMMERCIAL LIEN

I, Michael Warren, The Living Beneficiary of THE MICHAEL L. WARREN ESTATE make this sworn statement & claim under the penalty of perjury in my official capacity as Fiduciary and Trustee of the SOVO TRUST, being of legal age and sound mind, and acting as a duly authorized representative & Trustee of The SOVO TRUST hereby submit this Affidavit of Claim and Commercial Lien under penalty of perjury pursuant to federal law.

Parties:
- Lien Claimant: THE SOVO TRUST and its Trustees and Assignees on behalf of THE MICHAEL L. WARREN ESTATE and the Living Beneficiary.
- Lien Debtor: Ally Financial, Tax ID # 38-0572512.

Claim:
- This is a claim against Ally Financial for breach of trust, tax fraud, securities fraud, and Truth in Lending Act (TILA) violations against the Living Beneficiary and THE MICHAEL L. WARREN ESTATE regarding a consumer credit transaction.

Amount of Lien:
- The lien is filed for the approximate amount of $78,820.88 believed to have been fraudulently obtained by Ally Financial.

Tender of Payment:
- A tender of payment has been made to Ally Financial THREE TIMES (3) in the amount of $24,134.99 or greater and a request for full disclosure of financial records and an immediate provision of the original contract has been issued.

Power of Attorney:
- THE SOVO TRUST holds Power of Attorney for THE MICHAEL L. WARREN ESTATE. The required forms provided by the IRS establishing fiduciary standing for THE MICHAEL L. WARREN ESTATE has been duly filed with the IRS.

Settlement and Remedial Action:
- Release of lien and title. Back pay for illegally converted tender paid to ALLY within 5 days.
- Upon satisfaction of the settlement terms, this lien shall be terminated.

Public Notice:
- Failure to agree upon remedial action within the specified timeframe of 5 days will result in the public filing of this lien on a UCC-1 Commercial Registry Database.

Subsequent Actions:
- Absent a mutually agreed-upon remedy, this lien and all associated investigative findings will be submitted to the IRS, the Attorney General of Consumer Complaints, the Securities and Exchange Commission, and the Federal Trade Commission.

Sworn Testimony:
- Sworn statement & claim under the penalty of perjury: The Lien Holder executes this Notice of Lien certified and sworn on the Lien Holder's true, correct, and complete testimony, under penalty of perjury.

Executed APRIL 16, 2024

_____

Michael Warren TTEE

THE SOVO TRUST
On behalf of;
THE MICHAEL L. WARREN ESTATE
P.O. Box 122432
Fort Worth, Texas 76121
sovoprivatization4you@gmail.com
443-713-0639

On _APRIL 17, 2024_ , Michael Warren TTEE personally appeared before me and proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument.

WITNESS my hand and official seal

_____

(NOTARY STAMP OR SEAL)

WILLIAM FITZHUGH
Notary Public, State of Texas
Comm. Expires 03-11-2028
Notary ID 132020016

FROM: THE SOVO TRUST
On behalf of;
THE MICHAEL L. WARREN ESTATE
P.O. Box 122432
Fort Worth, Texas 76121
sovoprivatization4you@gmail.com
443-713-0639

TO: ALLY FINANCIAL EIN # 38-0572512
2911 LAKE VISTA DR
LEWISVILLE, TX 75067


Date: APRIL 16, 2024.


# NOTICE OF COMMERCIAL LIEN


**To:** RUSS HUTCHINSON CFO ALLY FINANCIAL


**From:** The SoVo Trust on behalf of THE MICHAEL L. WARREN ESTATE


This constitutes an International Commercial Lien on the property legally described as

- ALLY FINANCIAL tax returns in the amount of $78,820.88


Dear RUSS HUTCHINSON CFO,

This notice is to inform you that The SoVo Trust  hereby places a commercial lien

against the tax returns of ALLY FINANCIAL EIN # 38-0572512 on behalf of THE MICHAEL

L. WARREN ESTATE.

Basis of Lien:

- This lien has been necessitated due to the actions that constitute breach of trust, securities fraud, tax fraud, contract fraud, and insurance fraud committed by ALLY FINANCIAL.
- ALLY FINANCIAL willfully and intentionally  omitted disclosing to the consumer that life insurance premiums, accident insurance premiums and health insurance premiums were covered in the finance charges as well as principal & interest to the consumer who is the creditor extending credit to secure the transaction while paying ALLY SERVICE FEES.

Demand for Reimbursement & Settlement:

- The SoVo Trust is demanding account settlement and credit reimbursement IMMEDIATELY IN THE AMOUNT OF $78,820.88

Notification to Regulatory and Government Bodies:

- Should ALLY FINANCIAL fail to settle this account within the specified 5-day period, please be advised that the THE SOVO TRUST will inform the Securities and Exchange Commission, the Federal Trade Commission, the Attorney General of Consumer Complaints, and the Internal Revenue Service of the factual findings of the investigation and the existence of this commercial lien.

Legal Remedies:

- The SoVo Trust reserves the right to pursue all legal remedies available under the law to enforce this lien and seek redress for the alleged fraudulent activities by ALLY FINANCIAL.

Acknowledgment of Receipt:

- ALLY FINANCIAL is requested to acknowledge the receipt of this notice and confirm the actions taken in response to the demands herein.

Closing Statement:

- The SoVo Trust emphasizes the seriousness of this matter and urges ALLY FINANCIAL to act promptly to resolve this issue to avoid further legal action.

Thank you for your immediate attention to this matter.

Sincerely,

Michael Warren TTEE

THE SOVO TRUST
On behalf of;
THE MICHAEL L. WARREN ESTATE
P.O. Box 122432
Fort Worth, Texas 76121
sovoprivatization4you@gmail.com
443-713-0639

On _APRIL 17, 2024_, Michael Warren TTEE personally appeared before me and proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument.

WITNESS my hand and official seal

(NOTARY STAMP OR SEAL)

WILLIAM FITZHUGH
Notary Public, State of Texas
Comm. Expires 03-11-2028
Notary ID 132020016

JUN 28 2024 PM3:27
RECEIVED-USDC-NDTX-FW

**Attachment 7 - Civil Cover Sheet & Instructions**

JS 44  (Rev. 06/17)

## CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS** M.L.WARREN TTEE THE SONO TRUST FOUNDATION

**(b)** County of Residence of First Listed Plaintiff  TARRANT
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
M.L.WARREN TTEE PRO SE
P.O. BOX 122432
FORTWORTH TX 76121

**DEFENDANTS** RUSS HUTCHINSON CFO & ALLY FINANCIAL

County of Residence of First Listed Defendant  DENTON
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*   UNKNOWN

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

- ☐ 1   U.S. Government Plaintiff
- ☐ 2   U.S. Government Defendant
- ☒ 3   Federal Question *(U.S. Government Not a Party)*
- ☐ 4   Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒1 | ☒1 | Incorporated *or* Principal Place of Business In This State | ☒4 | ☒4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated *and* Principal Place of Business In Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*                Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 367 Health Care/ |  |  | ☐ 400 State Reapportionment |
| ☒ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine / ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☒ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | / ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Medical Malpractice | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| | | | | ☐ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations / ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / **Other:** | ☐ 462 Naturalization Application | | |
| | | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | |
| | ☐ 448 Education / ☐ 550 Civil Rights | | | |
| | ☐ 555 Prison Condition | | | |
| | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

**V. ORIGIN** *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
15 USC 1679g   15 USC 1679h
Brief description of cause:
TAX EVASION - THEFT BY CONVERSION - GRAND THEFT

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ 30K
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes  ☐ No

**VIII. RELATED CASE(S) IF ANY**  None   *(See instructions):*  JUDGE _____  DOCKET NUMBER _____

DATE _____   SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

45

Rev. Ed. October 26, 2017

Court
Copy