IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| M.L. WARREN, TTE OF THE SOVO TRUST FOUNDATION, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:24-cv-00606-O-BP |
| RUSS HUTCHINSON and ALLY FINANCIAL, | § § § § | |
| Defendants. | § § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that the case is **TRANSFERRED** to the Eastern District of Texas, Sherman Division. The Clerk of Court is **DIRECTED** to close this case following transfer.

**SO ORDERED** on this **24th** day of **July, 2024**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**